IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

BENJAMIN A. BRADLEY,

    Plaintiff,

v.                            CASE NO. 4:13-cv-638-RS-CAS

MAJOR DAMON ATKINS, et al.,

    Defendants.
_____/

## ORDER

Before me is the October 21, 2014, Magistrate Judge's Report and Recommendation (Doc. 23). To date, no objections have been filed. I have reviewed the report *de novo*.

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. Plaintiff's fourth amended complaint (doc. 22) is **DISMISSED** for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915(e)(2).

3. The Clerk is directed to close this file.

**ORDERED** on December 11, 2014.

                                      /S/ Richard Smoak
                                      **RICHARD SMOAK**
                                      **UNITED STATES DISTRICT JUDGE**